```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
SOCOTEC, INC.,                           :     22cv6071 (DLC)
                                         :
                       Plaintiff,        :     ORDER
          -v-                            :
                                         :
HARTFORD UNDERWRITERS INSURANCE CO.,     :
                                         :
                       Defendant.        :
---------------------------------------- X
```

DENISE COTE, District Judge:

On July 15, 2022, the defendant removed the case this Court asserting diversity jurisdiction pursuant to 28 U.S.C. § 1332. On August 17, 2022, this case was transferred to this Court's docket. Pursuant to this Court's Individual Rules, it is hereby

ORDERED that the defendant shall, by **September 9, 2022,** file on ECF a letter no longer than two pages explaining the basis for its belief that diversity of citizenship exists. Where any party is a corporation, the letter shall state both the place of incorporation and the principal place of business. In cases where any party is a partnership, limited partnership, limited liability company, or trust, the letter shall state the

citizenship of each of the entity's members, shareholders, partners, and/or trustees.

SO ORDERED:

Dated:  New York, New York
        August 23, 2022

_____
DENISE COTE
United States District Judge