```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :    22cv6071(DLC)
SOCOTEC, INC.,                        :
                                      :         ORDER
                         Plaintiff,   :
            -v-                       :
                                      :
HARTFORD UNDERWRITERS INSURANCE       :
COMPANY,                              :
                                      :
                         Defendant.   :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

On July 21, 2022, the Honorable Vernon S. Broderick issued an Order setting the briefing schedule for the defendant's anticipated motion to dismiss. The case was reassigned to this Court on August 17. It is hereby

ORDERED that the defendant shall answer, move, or otherwise respond to the complaint by **August 25, 2022**.

IT IS FURTHER ORDERED that the plaintiff shall file any amended complaint by **September 26, 2022**. It is unlikely that the plaintiffs will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, the plaintiff shall file any opposition to the motion to dismiss by **September 26, 2022**. The defendant's reply, if any, shall be filed by **October 17, 2022**. At the time any reply is filed, the moving party shall supply Chambers with two (2)

courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:  New York, New York
        August 23, 2022

                                    _____
                                          DENISE COTE
                                    United States District Judge