**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SOCOTEC, INC.,

                Plaintiff,

    -against-                                        22 **CIVIL** 6071 (DLC)

                                                                 **JUDGMENT**

HARTFORD UNDERWRITERS INSURANCE
COMPANY,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 17, 2023, the defendant's August 25, 2022 motion to dismiss is granted; accordingly, the case is closed.

**Dated:**  New York, New York

      February 21, 2023

                                                             **RUBY J. KRAJICK**

                                                            _____
                                                            **Clerk of Court**

                                        **BY:**    *K. Mango*
                                                            _____
                                                           **Deputy Clerk**